[No. 10719–1–III.   Division Three.   February 21, 1991.]

LINOLEUM & CARPET CITY, INC., *Appellant*, v. TURN–KEY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 85-2-03467-2, William G. Luscher, J., entered March 29, 1990. *Affirmed* by unpublished opinion

per Thompson, J., concurred in by Shields, A.C.J., and Munson, J.